CRIMINAL JURY TRIAL

CRIMINAL CASE NO.    CR-24-311    -F                                    DATE    1-13-2025

STYLE: UNITED STATES v.    BREON MONTE BELLAMY

PROCEEDINGS:    JURY SELECTION and JURY TRIAL

COMMENCED    9:20        ENDED    9:30
COMMENCED    10:25       ENDED    12:05
                                                              TOTAL TIME:   5   Hrs.   30   Mins.
COMMENCED    1:25        ENDED    5:05

JUDGE Stephen P. Friot            DEPUTY CLERK Lori Gray           REPORTER Tracy Thompson

Plf counsel        Kaleigh Blackwell, Elizabeth Joynes

Dft counsel        Sammy Duncan, Laura Neal

Enter:    Dft appears in person.

Outside the hearing of the jury, defense counsel makes a record of difficulties defense counsel has had over the past few days in being able to see the dft.

Regarding United States' Motion in Limine Regarding the Testimony of Deputy Jim Peek (doc. no. 90), defense counsel requests to be able to address the motion in open court and requests that the motion be addressed before the government rests its case in chief.

Jury panel is brought into the courtroom.

Parties announce ready.    Court reads Superseding Indictment.

Jury duly empaneled.    Jury sworn.    Court gives jury a preliminary instruction.

Rule invoked on mtn of plf.

Plf - Dft make opening statements.

Plf presents case in chief with testimony of witnesses.

Plf's exhibits admitted:   1, 3-6, 10, 20

Dft's exhibits admitted:   22-28

Court adjourns to 1-14-2025 at 9:00 AM.

CASE NO. __CR-24-311_____-F     DEPUTY Lori Gray     JUDGE Stephen P. Friot     DATE ____1-13-2025_____

<u>WITNESSES FOR PLAINTIFF</u>                                    <u>WITNESSES FOR DEFENDANT</u>

1. <u>Reecy Bench (sworn)_____</u>          1. _____