<u>CRIMINAL JURY TRIAL</u>

CRIMINAL CASE NO.      CR-24-311      -F                           DATE      1-14-2025

STYLE: UNITED STATES v.    BREON MONTE BELLAMY

PROCEEDINGS:    FURTHER JURY TRIAL

COMMENCED   9:00      ENDED   9:05
COMMENCED   9:10      ENDED   11:45
                                                                    TOTAL TIME:   6   Hrs.   35   Mins.
COMMENCED   1:15      ENDED   5:10

JUDGE <u>Stephen P. Friot</u>          DEPUTY CLERK <u>Lori Gray</u>          REPORTER <u>Tracy Thompson</u>

Plf counsel          Kaleigh Blackwell, Elizabeth Joynes

Dft counsel          Sammy Duncan, Laura Neal

Enter:      Dft appears in person.

Outside the hearing of the jury, the court takes up with counsel the issue of a juror being ill.   All are in agreement that the juror should be dismissed.

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted:   11, 21, 22, 25-28, 2, 7

Dft's exhibits admitted:   11-16, 41, 18-21

Outside the hearing of the jury, regarding the United States' Motion in Limine Regarding the Testimony of Deputy Jim Peek (doc. no. 90), the court grants defense counsel's request that she be able to look at a case that she has just become aware of and make any argument on the morning of January 15.  The court directs that, if defense counsel intends to pursue this in front of the jury, defense counsel give the court a heads up outside the hearing of the jury.

Court adjourns to 1-15-2025 at 9:00 AM.

CASE NO.   CR-24-311        -F        DEPUTY Lori Gray        JUDGE Stephen P. Friot        DATE      1-14-2025

|  WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Reecy Bench, cont'd. (sworn) | 1. |
| 2. Joanie Wilson (sworn) | 2. |
| 3. Dr. Kacey Cliburn (sworn) | 3. |
| 4. Dr. Eleanor Abreo (sworn) | 4. |
| 5. DEA Special Agent Brook Wilson (sworn) | 5. |